UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

Andrea Thomas                               Chapter 7
                                            Case No. 08-40195
                                            Honorable Phillip J. Shefferly

        Debtor(s).
_____/

**AFFIDAVIT AND CERTIFICATION THAT NO ANSWER AND NO OBJECTIONS HAVE BEEN FILED TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS SOLELY NOMINEE FOR IT'S SUCCESSORS AND OR ASSIGNS**

STATE OF MICHIGAN       )
                        )
COUNTY OF OAKLAND       )

Heather M. Dickow P64757, being duly sworn, deposes and says that:

1. Movant, Mortgage Electronic Registration Systems, Inc. as solely nominee for it's successors and or assigns, having filed a Motion for Relief from the Automatic Stay on or about January 28, 2008;

2. A copy of the Motion for Relief from the Automatic Stay and a copy of the Notice and Opportunity for Hearing was mailed to all interested parties on January 28, 2008;

3. As of February 18, 2008 the affiant has not received an Answer or any written Objection to the Motion for Relief from the Automatic Stay.

                                        Respectfully Submitted,

Dated: February 18, 2008                /s/ Heather M. Dickow P64757
                                        Orlans Associates PC
                                        Attorneys for Mortgage Electronic Registration Systems, Inc. as solely nominee for it's successors and or assigns
                                        P.O. Box 5041
                                        Troy, MI 48007
                                        (248) 457-1000
                                        File Number: 244.4400